UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH HOLDEN,

        Plaintiff,

                                                              Case No. 14-14877

v.

                                                              HONORABLE AVERN COHN

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

**<u>ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 18)</u>**
**<u>AND</u>**
**<u>GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Doc. 13)</u>**
**<u>AND</u>**
**<u>DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Doc. 16)</u>**
**<u>AND</u>**
**<u>REMANDING MATTER FOR FURTHER ADMINISTRATIVE PROCEEDINGS</u>**

I.

      This is a social security case. Plaintiff Kenneth Holden appeals from the final determination of the Commissioner of Social Security (Commissioner) that he is not disabled and therefore not entitled to disability insurance benefits. The matter was referred to a magistrate judge for all pretrial proceedings. Plaintiff and the Commissioner filed cross motions for summary judgment. Plaintiff requested that the Commissioner's decision be remanded for further proceedings.

      The magistrate judge issued a report and recommendation (MJRR), recommending that plaintiff's motion be granted and the Commissioner's motion be denied and the matter remanded for further administrative proceedings. (Doc. 18)

II.

Neither party has filed objections to the MJRR and the time for filing objections has passed.  The failure to file objections to the report and recommendation waives any further right to appeal.  <u>Smith v. Detroit Federation of Teachers Local 231</u>, 829 F.2d 1370, 1373 (6th Cir.1987).  Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the motions.  <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985).

However, the Court has reviewed the MJRR and agrees with the magistrate judge.  Accordingly, the findings and conclusions of the magistrate judge are ADOPTED as the findings and conclusions of the Court.  Plaintiff's motion for summary judgment is GRANTED.  The Commissioner's motion for summary judgment is DENIED.

This matter is REMANDED for further administrative proceedings consistent with the MJRR.

SO ORDERED.

Dated: November 6, 2015
Detroit, Michigan

<u>S/Avern Cohn</u>
AVERN COHN
UNITED STATES DISTRICT JUDGE

2